| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | SHANNON Z. PETERSEN (admitted Pro Hac Vice) |
| 3 | LISA YUN PRUITT (admitted Pro Hac Vice) |
| | 12275 El Camino Real, Suite 100 |
| 4 | San Diego, California  92130-4092 |
| | Telephone: 858.720.8900 |
| 5 | Facsimile: 858.509.3691501 |
| | E mail        spetersen@sheppardmullin.com |
| 6 |                lpruitt@sheppardmullin.com |
| 7 | Attorneys for Defendant |
| | PROGRESS RESIDENTIAL, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Mitchell L. Tate, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>Progress Residential, LLC,<br><br>        Defendant. | Case No. 2:23-cv-1203-PHX-SMM<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT PROGRESS RESIDENTIAL, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>The Hon. Stephen M. McNamee<br>Suite 423 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Progress Residential, LLC ("Progress Residential" or "Defendant") will and hereby does move to compel arbitration and stay this action.

Pursuant to the Federal Arbitration Act, Progress Residential brings this Motion on the grounds that Plaintiff Mitchell Tate should be compelled to abide by his agreement to arbitrate his claims against Progress Residential.  Plaintiff entered into an arbitration agreement, and all of Plaintiff's claims fall within the scope of the arbitration agreement. Thus, Plaintiff should be equitably estopped from avoiding arbitration of his claims against

Progress Residential.  Moreover, Plaintiff cannot show the arbitration provision is unconscionable or otherwise invalid.

This Motion is made following the conference of counsel.  *See* Petersen Decl. ¶¶ 2-3.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities with this Notice, Declaration of Shannon Z. Petersen, Declaration of Tiffany Broberg, the exhibits attached to the declarations, the paper and pleadings on file in this action, and such other papers as may be submitted in connection with the Motion.

Dated:  September 7, 2023

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/Shannon Z. Petersen*
        SHANNON Z. PETERSEN
        LISA YUN PRUITT

        Attorneys for Defendant
        PROGRESS RESIDENTIAL, LLC