SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN (admitted Pro Hac Vice)
LISA YUN PRUITT (admitted Pro Hac Vice)
12275 El Camino Real, Suite 100
San Diego, California  92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691501
E mail        spetersen@sheppardmullin.com
              lpruitt@sheppardmullin.com

Attorneys for Defendant
PROGRESS RESIDENTIAL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Mitchell L. Tate, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Progress Residential, LLC,<br><br>        Defendant. | Case No. 2:23-cv-1203-PHX-SMM<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF SHANNON Z. PETERSEN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>The Hon. Stephen M. McNamee<br>Suite 423 |

**DECLARATION OF SHANNON Z. PETERSEN**

I, Shannon Z. Petersen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Progress Residential, LLC. I have personal knowledge of the facts stated in this declaration.

2. On July 25, 2023, I sent a letter via email to Plaintiff's counsel, demanding that Plaintiff submit this dispute to arbitration. Attached as **Exhibit A** is a true and correct copy of this email and accompanying letter.

3. On August 2, 2023, Plaintiff's counsel responded via email, declining to submit this case to arbitration.

4. To date, the parties have not yet initiated any discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 7th day of September, 2023, at San Diego, California.

*/s/Shannon Z. Petersen*
Shannon Z. Petersen

# EXHIBIT A
# to Declaration of
# Shannon Petersen

| | |
|---|---|
| **From:** | Lisa Yun Pruitt |
| **To:** | nvolheim@sulaimanlaw.com |
| **Cc:** | Shannon Petersen |
| **Subject:** | Tate v. Progress Residential, LLC, United States District Court Case No. 2:23-cv-01203-ASB |
| **Date:** | Tuesday, July 25, 2023 10:10:15 AM |
| **Attachments:** | Tate - Letter re Arbitration.pdf |
| | Terms of Service.pdf |

Mr. Volheim:

Please find attached a letter from Shannon Petersen.

Thank you,

**Lisa Yun Pruitt**
+1 858-876-3540 | direct
+1 858-925-3296 | cell
lpruitt@sheppardmullin.com | Bio

**Sheppard**Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

EXHIBIT A TO DECLARATION OF SHANNON PETERSEN

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
858.720.8900 main
858.509.3691 fax
www.sheppardmullin.com

Shannon Z. Petersen
858.720.7483 direct
spetersen@sheppardmullin.com

File Number: 43LX-376787

July 25, 2023

**VIA EMAIL**

Nathan Volheim
Sulaiman Law Group
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Email: nvolheim@sulaimanlaw.com

Re:   <u>Tate v. Progress Residential, LLC</u>, United States District Court Case No. 2:23-cv-01203-ASB

Mr. Volheim:

As you know, we represent Progress Residential, LLC ("Progress") in defense against the claims filed by Plaintiff Mitchell Tate in this putative class action. Please direct all future communications regarding this matter to us.

We write now to request that Plaintiff abide by his agreement to arbitrate disputes like this one and that he stipulate to stay this action pending arbitration.

<u>Plaintiff's Allegations</u>

Plaintiff alleges that in the fall of 2022, Progress was calling his cell phone ending in 0869 in an attempt to collect past due rent obligations. Compl. ¶ 9. Plaintiff claims he was confused as to why he was receiving calls from Progress, as he claims he was current on his rent payments. Compl. ¶ 11. Plaintiff further claims that in September or October of 2022, he told Progress that he was current on his payments and demanded that Progress stop calling his cell phone. Compl. ¶ 12. Plaintiff alleges that despite his demands, Progress continued to call him to collect alleged nonexistent past due rent payments. Compl. ¶ 13.

Based on these allegations, Plaintiff has filed the action against Progress, alleging causes of action for (1) violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et al.* ("TCPA"), and (2) violation of the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-392(a)(6) ("GFBPA"). Plaintiff alleges a putative class action for the TCPA claim only.

<u>Plaintiff Agreed to Binding Arbitration</u>

Progress demands that Plaintiff stipulate to arbitrate this dispute and to stay the Court action pending arbitration.

**SheppardMullin**

Nathan Volheim
July 25, 2023
Page 2

Progress' records show that on August 7, 2022, Plaintiff visited rentprogress.com to fill out and submit a rental application for a single-family home located in Conley, Georgia. Before filling in his personal information, the website directed Plaintiff to "Check out our Terms & Policy," which was hyperlinked to the Terms of Service. On the Personal Information page, the website again directed Plaintiff to "please read our Terms and Privacy," which was again hyperlinked. On the Screening Information page, the website contained a checkbox next to the statement "I have read the Renter Screening section of the Terms and Conditions, and I authorize the use of the information and contacts provided in this application to complete a credit, reference, and/or background check. Click here to read the Terms and Conditions." Plaintiff checked off the box next to this statement.

On the Additional Information page, the website had a dropdown box next to the statement "I agree to abide by the terms and conditions set forth in this lease application." Plaintiff chose the option "yes" in the dropdown box. Thus, Plaintiff expressly agreed to Progress' Terms of Service when he filled out his online rental application. The Terms of Service include an enforceable arbitration provision:

> Any claim or dispute arising out of or relating to these Terms of Service or the Services will be settled by binding arbitration before a single arbitrator in accordance with the commercial arbitration rules of the American Arbitration Association. Any such controversy or claim must be arbitrated on an individual basis and must not be consolidated in any arbitration with any claim or controversy of any other party. The arbitration must be conducted in Maricopa County, Arizona, and judgment on the arbitration award may be entered into any court having jurisdiction thereof. . . .

The term "Services" is defined as the use of locating a home to rent and for related payment and rental services. A copy of the Terms of Service is enclosed.

Plaintiff's claims against Progress are subject to binding arbitration under the Terms of Service, as the arbitration agreement covers any claim or dispute arising out of or relating to payment and rental services provided by Progress. Plaintiff's claims are based on calls made to collect payments due from rental services provided by Progress. These claims fall directly within the scope of the arbitration provision. Thus, Progress demands that Plaintiff submit his dispute to binding arbitration under the agreement identified above.

Please let us know whether Plaintiff will submit this matter to arbitration by August 1, 2023. If not, Progress will file a motion to compel arbitration.

**SheppardMullin**

Nathan Volheim
July 25, 2023
Page 3

Regards,

Shannon Z. Petersen
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4856-4667-2753.3
Encl.

## Privacy Policy

### 1. Scope of This Privacy Policy

We know that you care how information about you is used and shared and we are committed to protecting your privacy. This Privacy Policy sets forth our policy with respect to the gathering, use and dissemination of information we obtain from you in connection with your submission of a lease application through Progress Residential, through our website at www.RentProgress.com (the "Website"), and in the course of any rental relationship into which you may enter with us.

As used in this Privacy Policy and in addition to the other terms defined in this Privacy Policy, the following terms have the indicated meanings:

"Affiliate" means an entity that controls, is controlled by or is under common control with us;

"User" means a person who (i) accesses the Website for any reason, including, but not limited to, posting to any interactive forum or bulletin board that Progress Residential may make available on the Website, registering for email communications, and submitting a survey response, question or request to the Website using a form or the email address links on the Website, (ii) fills out a lease application, (iii) maintains an account with, or (iv) is a tenant at one of our properties;

"we," "us," "our" and "Progress Residential" means Progress Residential, LLC and its affiliates;

"you" and "your" means a User; and

"User Information" means, individually or collectively, the Registration Information, the Tracking Information, Application Information, Consumer Report Information, Relationship Information and data from Cookies (all as defined below), and any other personally identifying information you provide or we collect or receive about you via any method from time to time.  "User Information" does not include anonymized or aggregated data.

This Privacy Policy applies to Progress Residential websites and apps, if any, but does not apply to websites or apps of our affiliated entities or any other third party. If you click on a link to a third party site, you will be taken to websites we do not control. This policy does not apply to the privacy practices of those websites.  Read the privacy policy of other websites carefully. We are not responsible for these third party sites.

### 2. What Information We Collect and How We Use User Information
**A. Registration Information and Other Information You Provide To Us.** In order to use certain features of the Website, you may first be required to register and submit to Progress Residential contact information and certain other information about you (collectively, "Registration Information"). You also may choose to send us a question through our Website or via e-mail.  We may use the Registration Information and other contact information for our internal purposes and to communicate to you: (i) in relation to any and all agreements or applications you have pending or existing with us; (ii) new and modified services offered by Progress Residential and other businesses; (iii) special offers made available by Progress Residential and other affiliates; and (iv) other commercial information that we believe will interest you.   We also may share your Registration Information and contact details with our affiliates for their analytical purposes and so that they can contact you about products or services which they believe you will find of interest.  At any time, you may opt out of email marketing communications from us or from our affiliates

by electing the "unsubscribe" option in the email or, for communications from us, by contacting us as set out below. Tenants who opt out of marketing communications will continue to receive communications regarding their relationship with us even after such opt-out.

**B. Tracking Information.** When you access the Website, we capture, record and retain general data about your use of the Website including, without limitation, your domain name, your Internet protocol (IP) address, the name and location of the web page from which you entered the Website, the locations you visit within the Website and the amount of time you spend on each page of the Website (collectively, "Tracking Information"). We use Tracking Information to help administer, update and enhance the Website.

**C. Application Information.** When you submit a lease application to us or our service provider, we may use the information you provide in that application ("Application Information") and share it with our affiliates for any purpose, including to offer you other goods and services.

**D. Consumer Report Information and Right To Opt-Out.** When you submit a lease application to us or our service provider, you authorize us or our service provider to obtain credit and other background screening information about you from third parties ("Consumer Report Information") as permitted by law, including the Fair Credit Reporting Act. We may collect Consumer Report Information regarding Users who have lease agreements with us at any time during their lease if necessary for a legitimate business need (for example, considering lease renewal or if there are late or missed payments). We use that information to evaluate your application and use and share it with our affiliates for marketing and other business purposes, including to offer you goods and services.  You may opt out of having us share your Consumer Report Information with our affiliates at any time by contacting us as set out below.

**E. Relationship Information.** If you become a tenant at one of our properties, we will collect information about you, including your rental payment amount and history, our experiences with you as a tenant and the like (collectively, "Relationship Information"). We use and share Relationship Information with our affiliates for internal analytics and marketing or other business purposes.

**F. Cookies.** "Cookies" are pieces of data sent from a Web server to a Web browser that enable a Web server to identify users that visit a website hosted by the server. This information also may include the browser name, the type of computer, and technical information about Users' means of connection to our Website, such as the operating system and the Internet service providers utilized and other similar information. We use Cookies to enhance the operation of our Website and to identify Users on the Website so that we can provide you more customized information and services. At your discretion, you may configure your Web browser not to accept cookies from our Website. However, if you do not accept cookies from our Website, you may lose access to the Website or experience decreased Website performance.

**G. Information of Minors Under Thirteen Years of Age.** We do not knowingly collect personally identifying information from children under thirteen. If you are a parent or legal guardian and think your child under thirteen has given us information, you can contact us at the address set out below to request that the information be deleted. Please mark your inquiries "COPPA Information Request."

**H. Anonymized or Aggregated Data.** In addition to any other uses described in this Privacy Policy, you agree that we may extract and process User Information for the purpose of creating anonymized or aggregated data.  Such data shall not be personally identifying.  We may use and disclose such data – which shall not be considered User Information – to any third party and for any purpose.  We will preclude, via contractual or technical means, any recipient from re-identifying the information provided.

**I. Sharing Personal Information With Non-Affiliated Third Parties.**  We do not sell, trade, or rent User Information to non-affiliated third parties, but do disclose User Information to non-affiliated third parties that provide services to us, to fulfill a transaction you have requested or with your consent, in each case only for the purposes provided or disclosed.  Notwithstanding anything to the contrary in this Privacy Policy, we also may disclose User Information as may be required by law, governmental order or any governmental authority.

**3. What security measures are taken regarding the Website?**
We have taken precautions to protect the Website data and information under our control from misuse, loss or alteration. We deploy administrative, technical, and physical security measures designed to provide a level of security appropriate to the risk. Unfortunately, no system can ensure complete security, and you should take steps to protect your information and transmissions.  You must decide the security measures that are appropriate for you; however, common examples are keeping your login identification and password secure and making sure you completely log out when you have finished using any access-restricted section of the Website.

**4. What if our policy changes or we are acquired?**
We will post all changes to our Privacy Policy here so you may always become aware of what information we collect, use and disclose.  If at any point we decide to use or disclose your User Information in a manner different from that stated at the time it was collected, we will notify you by way of an e-mail or a notice posted on the Website.  To the maximum extent permitted by applicable law, your use of the Website or, where applicable, failure to opt out or object after such a notice is delivered or posted is deemed to be acceptance of the revised Privacy Policy.

If we are involved in a merger, acquisition, bankruptcy, reorganization or sale of assets that include your information, your information may be transferred to a new legal entity and become subject to a different privacy policy.  You will be notified of any such transfer and, unless your relationship continues with the new entity or as otherwise permitted by applicable law, be provided an opportunity to request deletion of your information.

**5. How long can we store your User Information?**
We may store your User Information for so long as required by law or as reasonably necessary for the purposes set out in this Privacy Policy or to protect or enforce our rights.

**6. Online Tracking and Third Parties?**
We do not change our Website practices in response to web browser "do not track" signals or other mechanisms that provide individuals the ability to exercise choice regarding the collection of personal information about their online activities over time and across third-party websites or online services.

We do not knowingly permit third parties to collect personal information about our Users' online activities over time and across different websites.

**7. How do you contact us?**
If you wish to exercise your right of opt-out as explained in this Privacy Policy, to request deletion of children's information as described above or for any other purpose in connection with this Privacy Policy, please contact us by email at customercare@rentprogress.com or by postal mail at:

**Progress Residential**
7500 N. Dobson Rd.
Scottsdale, AZ 85256
Attention: Privacy Policy

# Terms of Use

By using this Site you accept and agree to be bound by these Terms of Service. This is important—these Terms of Service are a legal contract between you and Progress Residential® for the use of locating a home for you to rent and for related payment and rental services (collectively, the "Services"). You are only allowed to use the Services if you can enter into a binding contract with Progress Residential®. By using the Services, or by installing, copying, or otherwise using the Services, you agree to be bound by these Terms of Service. If you do not agree to these Terms of Service, do not use this Site or the Services and exit now.

**RESTRICTIONS**
You agree not to reproduce, modify, distribute, display or otherwise provide access to, create derivative works from, decompile, disassemble or reverse engineer any portion of the Services. You agree not to use the Services in any way that is unlawful, or harms Progress Residential®, its service providers, suppliers or any other user. You agree not to distribute or post spam, chain letters, pyramid schemes, or similar communications through the Services. You agree not to impersonate another person or misrepresent your affiliation another person or entity. Except as expressly stated herein, these Terms of Service do not provide you a license to use, reproduce, distribute, display or provide access to any portion of the Services on third-party Web sites or otherwise. Except as expressly stated herein and without limitation, you agree that you will not, nor will you permit or encourage any third party to, reproduce, publicly display, or otherwise make accessible on or through any other Web site, application, or service any data or content available through the Services. Manual and automated queries, software, devices or other processes (including screen and database scraping, spiders, robots, crawlers, intelligence agents or any other means to extract pricing, product, service or other data from the Services) are strictly prohibited on the Services, unless you have received express written permission from Progress Residential®.

**SOFTWARE**
The Services may include software for use in connection with the Services. If such software is accompanied by an end user license agreement (the "EULA"), the terms of the EULA will govern your use of the software. If such software is not accompanied by a EULA, then Progress Residential® grants to you a non-exclusive, revocable, personal, non-transferable license to use software solely in connection with the Services and in accordance with these Terms of Service.

**SERVICES POWERED BY THIRD PARTIES**
Certain services offered on this Site are actually offered by parties other than Progress Residential®. In these situations, the relevant third party will have access to data collected as part of the services rendered, and you are asked to review the terms of service and the privacy policy of the relevant third party before using its services. Such third-party service providers may share the information they collected with us.

**INTELLECTUAL PROPERTY**
The Services and any software used in connection with providing the Services contain proprietary and confidential information that is protected by applicable intellectual property and other laws. The content contained on this Site, such as copyrights, trademarks, trade dress, trade names, logos, design, text, data compilations, search results, graphics, images, pictures, audio or video media files and other files and service marks (collectively, the "Intellectual Property"), are proprietary property of Progress Residential® or its licensors and are protected by U.S. and international intellectual property laws. As such, Progress Residential® Intellectual Property cannot be copied, imitated, or used, in whole or in part, without its prior written permission. The information and Intellectual Property, including pages and content, may not be copied, distributed, modified, published, or transmitted in any other manner, including for use in creating other works, whether or not copyrightable, or to sell or promote other products. Violation of these Terms of Service may result in infringement of intellectual property and contractual rights of Progress or third parties, which is prohibited by law and could result in substantial civil and criminal penalties.

**NO WARRANTIES, LIMITATION OF LIABILITY**
The Services and this Site are approved "as is, where is" as an accommodation without warranty of any kind and without representation regarding the accuracy or currency of any information on this Site. All use is at your sole risk. Progress Residential® specifically disclaims all warranties, express or implied, including without limitation, any warranty of title, merchantability, or fitness for a particular purpose. In no event shall Progress Residential®, its officers, directors, employees, agents, affiliates, advertisers, or data providers be liable for any indirect, special, incidental, consequential, or punitive damages (including, but not limited to, loss of data, loss of use, or loss of profits) whether in an action in contract, tort (including, but not limited to, negligence), equity, or otherwise, arising out of, or in any way connected with, the use of this Site or the Services. Your sole remedy in the event of any deficiency or error shall be to request that Progress Residential® correct the matter or, if Progress Residential® fails to do so, for you to discontinue use of the Services.

**INDEMNIFICATION**
You agree to defend, indemnify, and hold Progress Residential® harmless from and against any claims, damages, costs, liabilities, and expenses (including, but not limited to, reasonable attorneys' fees) arising out of or related to your use of the Site or the Services, including, without limitation, any actual or threatened suit, demand, or claim made against Progress Residential® arising out of or relating to the Services, your conduct, your violation of these Terms of Service, or your violation of the rights of any third party.

**LIMITATION OF CLAIMS**
Regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to your use of the Services must be filed within one (1) year after such claim or cause of action arose, or else that claim or cause of action will be barred forever. You accept sole responsibility for any use of internet facilities conducted or permitted by you or your agents; the conduct of any business, advertising, marketing or sales in connection therewith; and any negligent or illegal act or omission of you or your agents, contractors, employees, or other users or accesses.

**RELEASE**
You release Progress Residential®, its affiliates, and their respective, directors, officers, employees, and agents from all liability to any and claims and demands you may assert against any third party arising out of the Services.

**FAIR HOUSING / EQUAL HOUSING OPPORTUNITY**
Progress Residential® is an Equal Housing Opportunity company, which means Progress Residential® (as well as all of its affiliated entities and employees) complies with the Fair Housing Act and other applicable federal, state and local anti-housing discrimination laws. The Fair Housing Act prohibits discrimination in housing because of race, color, national origin, religion, sex, disability and familial status. Progress Residential® also operates in states and local jurisdictions, which have additional fair housing laws and added protected classes. Progress Residential® also complies with those laws and regulations. As such, all rental properties identified in this Site are subject to the Fair Housing Act and its state law counterparts. Progress Residential® will not knowingly permit or allow any discriminatory conduct in the rental of its properties that violates applicable law. Complaints concerning discriminatory practices in housing may be filed with the local office of the U.S. Department of Housing and Urban Development.

**ARBITRATION**
Any claim or dispute arising out of or relating to these Terms of Service or the Services will be settled by binding arbitration before a single arbitrator in accordance with the commercial arbitration rules of the American Arbitration Association. Any such controversy or claim must be arbitrated on an individual basis and must not be consolidated in any arbitration with any claim or controversy of any other party. The arbitration must be conducted in Maricopa County, Arizona, and judgment on the arbitration award may be entered into any court having jurisdiction thereof. Either Progress Residential® or you may by motion seek any interim or preliminary relief from a court of competent jurisdiction in Maricopa County, Arizona, as necessary to protect the rights or property of the moving party.

**CHOICE OF LAW**
These Terms of Service are governed by the laws of the State of Arizona without regard to its conflict of law provisions. PRIVACY POLICY Progress Residential® respects the privacy of its users. These Terms of Service describe Progress Residential® privacy practices ("Privacy Policy") with regard to information about you that could reasonably be used to identify you personally or that

is associated with information that identifies you ("Personal Information"). Unless specifically stated otherwise, the Privacy Policy applies only to Personal Information that Progress Residential® collects via this Site. It does not apply to any Personal Information collected offline or otherwise outside of this Site.

**GENERAL**
If any part of these Terms of Service is determined to be invalid or unenforceable, then the invalid or unenforceable provision will be replaced with a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Service will continue in effect. The headings in these Terms of Services are used solely for the convenience of the parties and have no legal or contractual significance. Progress Residential® may assign this Agreement, in whole or in part, at any time with or without notice to you. You may not assign these Terms of Service and any effort to do so is hereby rendered null and void. A failure to act by Progress Residential® with respect to a breach by you or others does not waive its right to act with respect to subsequent or similar breaches. Except as expressly stated herein, these Terms of Service represent the entire agreement between you and Progress Residential® with respect to the Services and supersede all prior or contemporaneous communications of any kind between you and Progress Residential® with respect to the Services.

**MODIFICATION OF PROGRESS RESIDENTIAL® SERVICES AND THESE TERMS**
Progress Residential® is constantly changing and improving its Services. Progress Residential® may add or remove functionalities or features, and may suspend or stop a Service altogether in its sole discretion. Progress Residential® may also change or modify these Terms of Service, or any policy or guideline of this Site, at any time and in its sole discretion. Please review these Terms of Service and their version dates frequently, as changes or modification will be effective immediately upon posting of the revisions to this Site. You waive any right you may have to receive specific notice of such changes or modifications. Your continued use of this Site or the Services following the posting of changes or modifications will confirm your acceptance of such changes or modifications.

## SMS Terms and Conditions

Progress Residential uses SMS text messaging for collecting survey information.

Text FEEDBACK to 77921 to join Progress Residential® Surveys and let us know what you think about us on a variety of subjects. 10msgs/mo. Once you opt-in, you can reply HELP for help, or STOP to opt-out at any time. Msg & Data Rates May Apply.

Compatible carriers include: AT&T, T-Mobile®, Verizon Wireless, Sprint, Boost, U.S. Cellular, Cellular One, MetroPCS, ACS/Alaska, Bluegrass Cellular, Cellular One of East Central Illinois, Centennial Wireless, Cox Communications, EKN/Appalachian Wireless, GCI, Illinois Valley Cellular, Immix/Keystone Wireless, Inland Cellular, Nex-Tech Wireless, Rural Cellular Corporation, Thumb Cellular, United Wireless, West Central (WCC), Cellcom, Cellsouth, Cricket, Cincinnati Bell and Virgin Mobile.

T-Mobile® is not liable for delayed or undelivered messages.

To stop receiving SMS messages from Progress Residential®, please text STOP to 77921.

Answers to most questions can be found on *our Frequently Asked Questions page*. For additional help you may also text HELP to 77921 or contact us at *customercare@rentprogress.com* or *833.PRGRESS (833.774.7377)*

Progress Residential® respects your right to privacy. You can view our privacy policy *here*.

**Rently, Inc. Privacy**
Please see Rently's *Terms of use and Privacy Policy* for information and notices concerning Rently's collection and use of your personal information.

**Location Verification A. Description of Service:**
When using the location service, we will request your permission to obtain your location using your mobile phone. Your location information will be obtained only when you are at a rental location and requesting access to the property via our self-showing technology and electronic lockbox. Your location information will only be used to confirm that you are in the vicinity of the property you are requesting to view and may be retained (for up to three days) and used by Rently to enhance its service processes. Your consent to opt-in to the location service will be obtained using an SMS verification process.

Message and data rates may apply. Reply HELP to 84787 for help. Reply STOP to 84787 to cancel. You will receive up to 3 messages per viewing.

SMS restrictions and account limitations: If you are attempting to opt-in to this location service and the SMS text message requesting your consent has not arrived to your phone or you received the messages, but when you attempt to reply to the message, you do not receive a response, then it is likely that your mobile phone account is configured to block text messages from Short Codes. Short codes are non-standard phone numbers, and may also be known as Promotional Codes or Computer

Generated Codes. To fix this challenge, contact your wireless phone carrier and ask that they enable your account to receive text messages from the Short Code 84787. Make sure to inquire how long it will take for the change to be effective so that you can try again.

Important Message about your Cellular Provider (AT&T, Sprint, T-Mobile, Verizon Wireless and others). This is not a Cellular Provider application. If you use this application, it may require your Cellular Provider to disclose your customer information, including Mobile Phone Location Information, to the application provider or some other third party. By providing your consent, you authorize your Cellular Provider to disclose your information to third parties to enable this application. Check the application's terms of use and the policies for more information about how the application will collect, access, use or disclose your information. Terms of use and other policies usually are available on the application provider's website. If you aren't comfortable with the application's policies, don't use it. You acknowledge and agree that
(1) your relationship with the application provider is separate from your relationship with your Cellular Provider;
(2) your Cellular Provider is not responsible for this application; and
(3) you will hold harmless your Cellular Provider and its subsidiaries, affiliates, officers, employees, agents, successors and assigns from any judgments, claims, actions, losses, liabilities or expenses arising from or attributable to this application or the acts or omissions of the application provider.

B. Opting Out:
When using this location service, you will be automatically opted out of the service 30 days after your opt in date. You can also opt-out at any time by reply "STOP" to 84787. You will not be located after unless you use the service again and provide your consent to be located at that time.

C. Protecting your Privacy:
Your privacy is very important to us and so this service uses only secure HTTPS communication with SSL Encryption to obtain your location data. When using this service, your location will be used to verify you are in the vicinity of the property you are requesting to view via our self-showing technology. Your location will only be verified during the check in process of your self-viewing. Your location data will be stored for 3 days after each property viewing for the purpose of debugging only. After this, your location data will be deleted from the system.

D. Sharing information:
Your location data (latitude, longitude and accuracy estimate) will not be shared with anyone or used for any purpose other than its intended use.

E. Data Security
All location data is securely stored using technology and security features that safeguard the privacy of your location information, including:

- Maintaining and protecting the security of computer storage and network equipment;
- Security procedures that require user names and passwords to access sensitive data;
- Applying encryption or other appropriate security controls to protect location information when stored or transmitted by us;
- Limiting access to location information to only those with jobs requiring such access.
- 

F. Contact Us
For more information or help with this service, please email us support@rently.com or call 888-659-9596.

These Terms of Service became effective on January 31, 2017. Any changes to the Terms of Service will be communicated through this Site.

This document was last updated on Feburary 25th, 2020.


Back To Top

  

**Contact Us**

Progress Residential

📍 7500 N. Dobson Rd Scottsdale, AZ 85256

✉ customercare@rentprogress.com

**Resources**

FAQs

Resident Services

Blog

**Company**

About Us

Contact Us

Careers

Management Services

Terms & Privacy