# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell L Tate, | No. CV-23-01203-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Progress Residential LLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal filed on March 26, 2024. (Doc. 22). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation. (Doc. 22). Plaintiff's individual claims are dismissed with prejudice and Plaintiff's putative class claims are dismissed without prejudice.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this case.

Dated this 28th day of March, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge